UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRAVITZ,

                                Plaintiffs,          No. 16-CV-8999 (KMK)

            -v-

ANNUCCI, et al.,

                                Defendants.
------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Barbara K. Hathaway, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for defendants, in the above-entitled action, hereby withdraw as an attorney of record for the Defendants, as I am leaving the Office of the Attorney General and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney General Amanda Yoon.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
May 8, 2020

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants

By:

/s/*Barbara K. Hathaway*

Barbara K. Hathaway
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8560
Email: Barbara.Hathaway@ag.ny.gov

cc:
Daniel Miller,
15-A-3706
Orleans Correctional Facility
3531 Gaines Basin Road,
Albion, NY 14411

Mary Miller,
207 West Broadway,
Inwood, NY 11096

IT IS SO ORDERED.

Dated: 5/8/20 , 20~~19~~ _____
HON. KENNETH M. KARAS