UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAY KRAVITZ,

                              Plaintiff,

      -against-                                        16 **CIVIL** 8999 (KMK)

                                                            <u>**JUDGMENT**</u>

S. PURCELL, A. BAKER, L. ANDREU,
D. McRAY, G. ST. VICTOR,
D. McMAHON, OFFICER WASEILER, and
SGT. ZUPAN,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, Defendants' Motion for Summary Judgment is granted and Plaintiff's Cross-Motion for Summary Judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York

        March 14, 2022

                                                           RUBY J. KRAJICK

                                                            Clerk of Court
                                      BY:
                                                            Deputy Clerk