**SIDLEY**

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8048
DHAY@SIDLEY.COM

**MEMO ENDORSED**

May 2, 2025

**Via ECF**
Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Kravitz v. Annucci*, No. 7:16-cv-8999 (KMK) (VR)

Dear Judge Reznik:

Pursuant to the Court's Individual Rule of Practice 5(b) and Paragraph 21 of the Confidentiality Stipulation and Protective Order entered by the Court on February 13, 2025 (the "Protective Order"), *see* ECF No. 182, Plaintiff Jay S. Kravitz respectfully requests leave to file under seal an unredacted version of the documents attached as Exhibit F to Declaration of Daniel J. Hay in Support of Motion for Discovery Relief, filed today. Exhibit F is being filed under seal in connection with Plaintiff's Motion for Discovery Relief filed today. Defendants designated the materials Plaintiff now seeks to file under seal as "CONFIDENTIAL / ATTORNEY'S EYES ONLY." Paragraph 21 of the Protective Order mandates that parties seeking to file material designated as Confidential or Attorney's Eyes Only move the Court to direct that such documents be filed under seal.

We thank the Court for its attention in this matter.

Respectfully submitted,

Hiram S. Sasser, III (*pro hac vice*)
Keisha Russell (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
(972) 941-4444

*/s/ Daniel J. Hay*
Daniel J. Hay
Mackenzi J.S. Ehrett (*pro hac vice*)
Levi Brown (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K St. NW
Washington, DC 20005
(202) 736-8901

*Counsel for Plaintiff*

Granted.

So Ordered.
[signature]
5/2/25

1